In the Matter of the Application of William E. Slevin, Appellant.

Leopold Prince, Respondent.

*Matter of Slevin*, 179 App. Div. 618, appeal dismissed.
(Argued October 30, 1917; decided November 1, 1917.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1917, which modified and affirmed as modified an order of Special Term denying the petition of the appellant herein that he be declared the lawfully elected nominee of the Democratic party for the office of justice of the Municipal Court of the city of New York for the

eighth district, borough of Manhattan. The question was as to whether certain ballots voted at a primary election were valid.

*Denis O'L. Cohalan* for appellant.

*Charles Firestone* and *Harry A. Gordon* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.